UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 09-60890-CIV-ZLOCH
(CASE NO. 06-60344-CR-ZLOCH)

JOHNNY OLBEL,

        Petitioner,

vs.

UNITED STATES OF AMERICA,

        Respondent.
_____/

**ORDER OF RE-REFERRAL TO
UNITED STATES MAGISTRATE JUDGE
PATRICK A. WHITE**

    THIS MATTER is before the Court upon the Report Of Magistrate Judge Recommending That § 2255 Motion Be Denied, In Part, And Granted, In Part (DE 18) filed herein by United States Magistrate Judge Patrick A. White and Petitioner Johnny Olbel's Motion Under U.S.C. § 2255 To Vacate, Set Aside, Or Correct Sentence By A Person In Federal Custody (DE 1). The Court has carefully reviewed said Report, said Motion, the entire court file and is otherwise fully advised in the premises.

    Petitioner Johnny Olbel initiated the above-styled cause by filing the instant Motion Under U.S.C. § 2255 (DE 1). The case was referred to Magistrate Judge White pursuant to Administrative Order 2003-19, for a ruling on all pre-trial, non-dispositive matters and for a Report and Recommendation on any dispositive matters. See DE 3. Upon receiving said referral, Judge White issued an Order To Show Cause to the Government (DE 6) requiring it to show cause why

Petitioner's Motion To Vacate (DE 1) should not be granted. The Government then filed its Response To Motion To Vacate, Set Aside Or Correct Sentence Pursuant To Title 28, U.S.C., Section 2255 (DE 14). Thereafter, Petitioner filed a Motion To Amend Pursuant To Fed.R.Cv.Pr. 15(c)(2) (DE 15), which sought to include three new claims to his Motion To Vacate. In a paperless order, Magistrate Judge White denied Petitioner's Motion To Amend without prejudice, noting that "[t]his issue appears to be addressed in the government's response." DE 16.

Magistrate Judge White then issued his Report (DE 18) recommending that Petitioner's § 2255 Motion be denied in part and granted in part. Although Magistrate Judge White initially denied Petitioner's Motion To Amend (DE 15), it is clear from Judge White's Report that he in fact considered Petitioner's three original claims as well as the three new claims raised in Petitioner's Motion To Amend (termed the "Amendment" in Magistrate Judge White's Report). In his Report (DE 18), Magistrate Judge White recommends that the Court deny the three claims in Petitioner's original Motion, as well as the first two claims in Petitioner's Amendment. However, Magistrate Judge White recommends that the Court grant Petitioner's third claim in his Amendment, vacate his sentence, and hold a new sentencing hearing. See DE 18.

In its Objections To Report & Recommendations Regarding Movant's Motion To Vacate, Set Aside, Or Correct Sentence (DE 19), the Government responds to the three additional claims raised by Petitioner's Amendment for the first time.

While Magistrate Judge White's Report includes a thorough analysis of the three original claims in Petitioner's Motion as well as the three additional claims raised in Petitioner's Amendment, the Court notes that the Government never had the opportunity to file a Response to the three additional claims raised in Petitioner's Amendment in the first instance. Thus, Magistrate Judge White could not have considered the arguments now raised by the Government in its Objections before issuing his Report. Therefore, the Court re-refers this matter to Magistrate Judge White to allow the Government to respond to the three additional claims raised in Petitioner's Amendment.

Accordingly, after due consideration, it is

**ORDERED AND ADJUDGED** as follows:

1. The Court **DECLINES** to approve, adopt, and ratify the Report Recommending That § 2255 Motion Be Denied, In Part, And Granted, In Part (DE 18) filed herein by United States Magistrate Judge Patrick A. White; and

2. Pursuant to the provisions of 28 U.S.C. § 636 and pursuant to Rule 1 of the Magistrate Rules for the United States District Court, Southern District of Florida, the above-styled cause be and the same is hereby re-referred to United States Magistrate Judge Patrick A. White for further consideration, for a ruling on all pre-trial, non-dispositive matters, and for a Report and Recommendation on any dispositive matters.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this _____ day of September, 2011.

WILLIAM J. ZLOCH
United States District Judge

Copies furnished:

The Honorable Patrick A. White
United States Magistrate Judge

All Counsel of Record

Johnny Olbel, PRO SE
Reg. No. 77257-004
COLEMAN II
U.S. PENITENTIARY
Inmate Mail/Parcels
P.O. BOX 1034
COLEMAN, FL 33521