```
                                        UNITED STATES DISTRICT COURT
                                        SOUTHERN DISTRICT OF FLORIDA

                                        CASE NO. 09-60890-Civ-ZLOCH
                                                (06-60344-Cr-ZLOCH)
                                        MAGISTRATE JUDGE P. A. WHITE

JOHNNY OLBEL,                  :

        Movant,                :

v.                             :        ORDER GRANTING MOTION (DE#26)
                                            FOR 10-DAY EXTENSION
UNITED STATES OF AMERICA,      :        TO FILE SUPPLEMENTAL RESPONSE

        Respondent.            :
_____
```

This Cause is before the Court upon Respondent's Motion **(DE#26)** for a 10-day extension to file its Supplemental Response pursuant to the Court's Supplemental Order to Show Cause [DE#23].

Upon Consideration, and review of the record, it is thereupon

ORDERED AND ADJUDGED THAT:

1. **Respondent's Motion** for Extension of Time **(DE#26) is granted.**

2. The Supplemental Response shall be filed within 10 days of the entry of this Order.

DONE AND ORDERED at Miami, Florida, this 11th Day of October, 2011.

**s/Patrick A. White**
UNITED STATES MAGISTRATE JUDGE

cc: Johnny Olbel, Pro Se
    Reg. No. 77257-004
    COLEMAN II - United States Penitentiary
    Inmate mail/parcels
    P.O. Box 1034
    Coleman, FL 33521

    Jennifer C. Millien, AUSA
    U.S. Attorney's Office
    7795 S.W. 6th Street, 2nd Floor
    Plantation, FL 33324

    Anne Ruth Schultz, AUSA
    U.S. Attorney's Office
    99 N.E. 4 Street
    Miami, FL 33132