FILED BY _____ D.C.

2011 NOV 21 PM 2:21

CLERK U.S. DIST. CT.
S.D. OF FLA-FTL

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

JOHNNY OLBEL
    Movant,

v.

UNITED STATES OF AMERICA,
    Respondent.
_____/

Case No. 09-60890-CIV-ZLOCH
[ HONORABLE MAG. P. WHITE ]

## MOTION FOR EXTENSION OF TIME TO REPLY TO GOVERNMENT'S RESPONSE TO SUPPLEMENTAL ORDER D.E. 23

    COMES NOW, Movant, acting in pro-se, and respectfully submits his motion to the government's response to this Court's ORDER TO SHOW CAUSE (D.E. # 23).

    The movant has just received the response via an attorney (Mr. Jose Fransisco, Esquire) who had to pull it off PACER and send it to the movant. The Government never sent the movant a copy as is required by the rules and movant ask this court to impose sanctions under Rule 11 for their failure to serve a copy upon the movant in an obvious attempt to keep him from replying to their response. Movant requests this court appoint counsel to movant to keep this from happening in the furture and because the movant does not have access to any state law on the Lexis Nexis program he has here at the prison in the prison law library.

The government has cited alot of state cases and it is impossible for the movant to properly reply without access to state law reporters and statutory law. Therefore, in the interests of justice the movant ask that this court appoint him counsel to assist him in his endeavors of countering the government's in depth response.

The movant recently received the response and had no idea it had been filed until he called Mr. Fransisco. The prison was on lockdown from 10/8/11 until 11/2/11 for numerous fights and investigations at the USP- 2 where he is currently housed and has been for quite some time. this particular prison, though it is considered a special needs prison with protection cases and gang drop outs housed here is on lockdown more than any other prison in the BOP system. So, it has become a serious burden on the movant ro properly litigate this case and now that the government is going in depth with state case, the movant does not have any access too then it has become somewhat impossible to properly reply.

The government has on their Certificate of Service that they served the movant a copy by "authorized manner" other than CM/ECF. They sent the copy to the "united States Prison P.O. Box 3000, Pine Knox, KY 42635" with a notation of " Regular U.S. Mail." It is not a secret that the movant is not in that prison and the government has his curent address and has had this address from the numerous filings alerting them to this,

Their certificate of srevice is dated October 20, 2011. This will obviously be said to be inadvertant but movant would not have been able to reply or even knew it was filed unless he contacted an attorney who just so happen to look the case up and advise him of its filing. This is not good faith and by them already having the new address for quite some time, there is no good excuse for this negligent act that smells of ill intent.

    This is not a reply but merely a motion for extension of time to reply and a requests for sanctions and appointment of counsel. In addition to the argument for counsel, the movant would point out that the matter has become rather complex.

    Relief is so prayed.

Respectfully Submitted,

Johnny Olbel # 77257-004
P.O. Box 1034 / USP II
Coleman, FL 33521

### CERTIFICATE OF SERVICE

I hereby certify that a true and exact copy of the foregoing hAS BEEN SENT TO THE BELOE PARTY VIA U.S. Mail, postage pre paid, this 14th day of November, 2011.

Jennifer C. Millien, Esquire
Asst. U.S. Attorney
7795 SW 6th Street, 2nd Floor
Plantation, FL 33324

Respectfully Submitted,

Johnny Olbel Pro se