UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 09 CV 60890 WJZ

# The attached hand-written document has been scanned and is also available in the SUPPLEMENTAL PAPER FILE

United States District Court
Southern District of Florida

FILED by _____ D.C.
DEC 19 2011
STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. of FLA.

Johnny Olbel,
 Movant,

v.

United States of America,
 Respondent.

Case No., 09-60890-CIV
ZLOCH/WHITE

[Mg. Judge P.A. White]

## Supplement To Motion For Second Extension of Time To Reply To Gvmt. Response

Comes now, movant, pro-se, and submits the following:

1.) A Motion For A Second Extension of Time To Reply To Government's Response To Order To Show Cause (DE 23) was filed;

2.) Since then, the Florida Supreme Court has heard oral on cases that were consolidated before it. In State of Florida v. Luke Jarrod Adkins, et al., No. SC 11-1878, the Florida High Court heard this case, which stems from the Florida Circuit Court Judge Brownell dismissing 42 drug cases and declaring 893.13 Fla. Stat. unconstitutional on it's face. Movant believes these cases are out of Miami State Court, and movant asks this Court to extend this time to Reply and again, to appoint counsel. In Addition, To stay this matter pending the outcome of the above case and the Supreme Court's decision.

It Is So Prayed.

### Certificate of Service

on Lockdown unable to serve AUSA Jennifer Millien.

Johny Olbel

Respectfully Submitted,

Johnny Olbel
Johnny Olbel
P.O. Box 1034/USP II
Coleman, FL 33521