UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 09-60890-CIV-ZLOCH

JOHNNY OLBEL,

    Movant,

vs.                                           **<u>FINAL JUDGMENT</u>**

UNITED STATES OF AMERICA,

    Respondent.
_____/

    THIS MATTER is before the Court upon Movant Johnny Olbel's Motion Under 28 U.S.C. § 2255 To Vacate, Set Aside, Or Correct Sentence By A Person In Federal Custody (DE 1). For the reasons expressed in this Court's Order denying said Motion, entered separately, and pursuant to Federal Rule of Civil Procedure 58, it is

    **ORDERED AND ADJUDGED** as follows:

    1. Final Judgment be and the same is hereby **ENTERED** in favor of Respondent United States of America and against Movant Johnny Olbel upon the Motion Under 28 U.S.C. § 2255 To Vacate, Set Aside, Or Correct Sentence By A Person In Federal Custody (DE 1) filed herein. Movant shall take nothing by this action and said Respondent shall go hence without day; and

    2. To the extent not otherwise disposed of herein, all pending

motions are hereby **DENIED** as moot.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this __6th__ day of June, 2012.

_____
WILLIAM J. ZLOCH
United States District Judge

Copies furnished:

The Honorable Patrick A. White
United States Magistrate Judge

All Counsel of Record

Johnny Olbel, PRO SE
77257-004
Coleman II-USP
United States Penitentiary
Inmate Mail/Parcels
Post Office Box 1034
Coleman, FL 33521

2