```
                    UNITED STATES DISTRICT COURT
                    SOUTHERN DISTRICT OF FLORIDA

                 CASE NO. 09-60890-CIV-ZLOCH
```

JOHNNY OLBEL,

     Movant,                             **ORDER DENYING**
                                         **CERTIFICATE OF APPEALABILITY**

vs.

UNITED STATES OF AMERICA,

     Respondent.

_____/

    THIS MATTER is before the Court sua sponte, and the Court having carefully reviewed the entire court file herein and after due consideration, it is

    **ORDERED AND ADJUDGED** that the Court having denied the Motion Under 28 U.S.C. § 2255 To Vacate, Set Aside, Or Correct Sentence By A Person In Federal Custody (DE 1) filed herein, finds that the Movant Johnny Olbel has failed to demonstrate the deprivation of a Federal constitutional right. Accordingly, the issuance of a Certificate Of Appealability be and the same is hereby **DENIED** for the reasons set forth above.

    **DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this \_\_\_6th\_\_\_ day of June, 2012.

                                                WILLIAM J. ZLOCH
                                                United States District Judge

Copies furnished:

The Honorable Patrick A. White
United States Magistrate Judge

All Counsel of Record

Johnny Olbel, PRO SE
77257-004
Coleman II-USP
United States Penitentiary
Inmate Mail/Parcels
Post Office Box 1034
Coleman, FL 33521